FILED
CLERK, U.S. DISTRICT COURT
2/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>MARK ADAM VALENCIA and<br>HECTOR ALEXANDER GALVEZ,<br><br>            Defendants. | CR No. 2:24-cr-00118-JFW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(vi): Possession with<br>Intent to Distribute Fentanyl;<br>18 U.S.C. § 924(c)(1)(A)(i):<br>Carrying a Firearm During and in<br>Relation to, and Possession of a<br>Firearm in Furtherance of, a Drug<br>Trafficking Crime; 21 U.S.C.<br>§ 853, 18 U.S.C. § 924(d)(1) and<br>28 U.S.C. § 2461(c): Criminal<br>Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about February 5, 2024, in Los Angeles County, within the Central District of California, defendants MARK ADAM VALENCIA and HECTOR ALEXANDER GALVEZ, each aiding and abetting the other, knowingly and intentionally possessed with the intent to distribute at least 400 grams, that is, approximately 505 grams, of a mixture

1

and substance containing a detectable amount of N-phenyl-N-[1-(2-phenlyethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT TWO

[18 U.S.C. § 924(c)(1)(A)(i)]

[DEFENDANT VALENCIA]

On or about February 5, 2024, in Los Angeles County, within the Central District of California, defendant MARK ADAM VALENCIA knowingly carried a firearm, namely, a Smith & Wesson, 9mm caliber semi-automatic handgun, bearing serial number JLK5585, during and in relation to, and possessed that firearm in furtherance of, a drug trafficking crime, namely, Possession with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), as charged in Count One of this Indictment.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offense set forth in Count One of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from such offense.

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

(c) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

- One Smith & Wesson semi-automatic 9mm caliber handgun, bearing serial number JLK5585.
- Six rounds of 9mm caliber ammunition.

(d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if,

4

by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Two of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

- One Smith & Wesson semi-automatic 9mm caliber handgun, bearing serial number JLK5585.
- Six rounds of 9mm caliber ammunition.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

6

1  substantially diminished in value; or (e) has been commingled with
2  other property that cannot be divided without difficulty.
3
4                                           A TRUE BILL
5
6                                               /s/
                                            Foreperson
7
8  E. MARTIN ESTRADA
   United States Attorney
9
   MACK E. JENKINS
10 Assistant United States Attorney
   Chief, Criminal Division
11

12

13 SCOTT M. GARRINGER
   Assistant United States Attorney
14 Deputy Chief, Criminal Division

15 BENEDETTO L. BALDING
   Assistant United States Attorney
16 Deputy Chief, General Crimes Section

17 DANIEL H. WEINER
   Assistant United States Attorney
18 General Crimes Section

19
20
21
22
23
24
25
26
27
28

7